DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SAMUEL SAMBRANO-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-025 LKK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SAMUEL SAMBRANO-CERVANTES, | ) ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) ) ) ) | |

   This matter came on for Status Conference on May 4, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michael Anderson appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant SAMUEL SAMBRANO-CERVANTES, who was present in custody.

   At that time, a further status conference hearing date of May 18, 2010, at 9:15 a.m., was set.

   Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from May 4, 2010, up until and including May 18, 2010.

///

///

///

///

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to May 18, 2010, at 9:15 a.m., for further status
3  conference.

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
5  the period from May 4, 2010, up to and including May 18, 2010, is excluded from the time computations
6  required by the Speedy Trial Act due to ongoing preparation of counsel.

8  Dated: May 18, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT