DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SAMUEL SAMBRANO-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL SAMBRANO-CERVANTES, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-08-025 LKK <br><br> ORDER <br><br> Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on June 3, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michael Anderson appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant SAMUEL SAMBRANO-CERVANTES, who was present in custody.

The parties agreed to continue the case for change of plea on Tuesday, June 8, 2010, for defense preparation.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from June 2, 2010, up until and including June 8, 2010.

///

///

///

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, June 8, 2010, at 9:15 a.m.**, for Change of Plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 2, 2010, up to and including June 8, 2010, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 7, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT